IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ROBERT D. THOMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. RDB-12-2676 |
| | ) |
| NAVAL ACADEMY ATHLETIC ASSOCIATION, et al. | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATION

I, Rod J. Rosenstein, United States Attorney for the District of Maryland, acting pursuant to 28 U.S.C. § 2679(d), and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, hereby certify that I have been made aware of the general factual allegations in the Complaint filed in Thompson v. Naval Academy Athletic Association, et al., Civil Action No. RDB-12-2676, and that I have reviewed an October 12, 2012 memorandum from Assistant United States Attorney Joseph R. Baldwin. On the basis of the information now available with respect to the allegations in the Complaint, I certify that the individual defendant, Vice Admiral Michael H. Miller, USN, was acting within the scope of his employment at the time of such allegations and, therefore, he is entitled to coverage under the Federal Tort Claims Act, 28 U.S.C. §§ 2671 et seq., at the time of the incident out of which the plaintiff's claims arose.

Dated: October 15, 2012        By: _____
Rod J. Rosenstein
United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

Exhibit 1