IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| ROBERT D. THOMPSON,<br><br>Plaintiff,<br><br>v.<br><br>NAVAL ACADEMY ATHLETIC ASSOCIATION, *et al.*,<br><br>Defendants. | Civil Action No. 12-cv-02676-RDB |

## MOTION FOR PARTIAL DISMISSAL

Defendants Naval Academy Athletic Association (the "NAAA") and Chester S. Gladchuk, Jr. ("Gladchuk"), through their undersigned counsel, move to dismiss certain claims filed against them in the Complaint, and state as follows:

1. Plaintiff Robert D. Thompson has filed this civil action against the NAAA, Gladchuk (President of the NAAA), and Vice Admiral Michael H. Miller, USN (Superintendent of the United States Naval Academy (the 'USNA')), asserting claims arising out of the termination of an alleged written contract that he had with the NAAA and USNA to provide marketing services to those organizations. Specifically, Plaintiff asserts the following claims: (1) breach of contract, (2) violation of the Maryland Wage Payment and Collection Law (the "MWPCL"), and (3) breach of the implied covenant of good faith and fair dealing.

2. With the sole exception of the breach of contract claim against NAAA, all of the claims against the NAAA and Gladchuk are legally defective and must be dismissed pursuant to FED. R. CIV. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

3. The breach of contract claim against Gladchuk must be dismissed because Gladchuk was not a party to the written contract in question.

4. All MWPCL claims against the NAAA and Gladchuk must be dismissed because there was no employment relationship between Plaintiff and either the NAAA or Gladchuk. The MWPCL claims also must be dismissed because the moneys that Plaintiff seeks under the contract are not "wages" within the meaning of the MWPCL.

5. The claim alleging a breach of the implied covenant of good faith and fair dealing must be dismissed because Maryland does not recognize a cause of action for a breach of that duty, which is implied in all contracts.

6. A Memorandum in Support of this Motion is attached hereto and incorporated herein.

WHEREFORE, the breach of contract claim against Gladchuk and all claims against the NAAA and Gladchuk alleging a violation of the MWPCL and a breach of the implied covenant of good faith and fair dealing must be DISMISSED with prejudice.

Respectfully submitted,

/s/
Charles Kresslein (Fed. Bar No. 22967)

JACKSON LEWIS LLP
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland 21209
Phone: (410) 415-2000
Fax: (410) 415-2001
charles.kresslein@jacksonlewis.com

Counsel for Defendants,
*Naval Academy Athletic Association and Chester S. Gladchuk, Jr.*