# Exhibit 1

LETTER AGREEMENT

BETWEEN

NAAA/USNA AND R.D. THOMPSON

This will serve as the basic Letter of Agreement between the Naval Academy Athletic Association ("NAAA") / United States Naval Academy ("NAAA/USNA") and Robert D. Thompson ("Thompson") concerning the marketing services Thompson will provide NAAA/USNA over the term of this Agreement.

Upon execution, this Agreement will supersede and replace the existing Agreement between the parties, which commenced on October 31, 2008 (which, in turn, had replaced the original Agreement between the parties dated May 1, 2006).

The parties acknowledge NAAA/USNA's desire to access dedicated marketing expertise, and Thompson's desire and ability to provide same as acquired in a career encompassing extensive firsthand experience in a wide variety of marketing disciplines – including the past 4-plus years providing services to USNA – and as combined with a lifelong knowledge of, and affection for, the Academy itself.

Further, this extension Agreement is, among other things, in direct recognition of and appreciation for the vital role Thompson has played in first proposing and then drafting the marketing strategy and the sales presentations that ultimately produced the 10-year / 8-figure first-ever Presenting Sponsorship for the Army-Navy Football Game (USAA) and the first-ever multi-year Participating/Gold Sponsor of the Game (GM).

This Agreement also takes special note of Thompson's initiative and willingness, as the Academy has faced a challenging economic environment, to waive significant bonuses that otherwise accrued during the terms of the two (2) prior Agreements.

I. TERM

The term of this Agreement shall be for a period of three (3) years, commencing on November 1, 2010 and continuing through October 31, 2013.

II. LOCATION

Thompson will continue to provide the consulting services hereunder from his office in Annapolis, MD, with the intention of providing NAAA/USNA said services in the most professional and timely manner possible.

III. SCOPE OF WORK

The parties recognize that while this Agreement contemplates addressing virtually any marketing need NAAA/USNA may have during its term, the primary focus of Thompson's services hereunder shall be the design, drafting and development of various marketing plans, strategies, tactics, sales proposals and presentation materials. Additionally, as appropriate and requested, Thompson will actively participate in the actual presentation and sale of the individual properties or rights marketed.

It is further intended that Thompson, fully knowledgeable and respectful of the traditions, history, and mission of the Academy, will continue to bring fresh perspective to the marketing initiatives of NAAA/USNA – both externally and internally. In this important regard, it is anticipated his efforts and expertise will contribute measurably toward better integrating the marketing activities of the various departments within USNA.

IV. PRIMARY AREAS OF FOCUS

Following is a listing of the primary areas/departments within NAAA/USNA in which it is envisioned that Thompson will provide marketing support:

    A. Naval Academy Athletic Association

    The parties acknowledge that Thompson's wide-ranging experience in sports and event marketing represents an invaluable additional resource for NAAA to draw upon. As such, Thompson will continue to provide unique insight and conceptual ideas in the area of sponsorship design, development, marketing and sales.

    Consistent with the work Thompson has rendered to date in the branding and marketing of the Army-Navy Football Game ("America's Game") – and given the growing importance of Game sponsorship as both a dominant revenue and promotional resource – it is anticipated that this area will continue to represent an increasingly productive and rewarding component of this consulting relationship.

    The parties are sensitive to the importance of continuity and teamwork in approaching all such ventures, and will ensure that marketing support for NAAA hereunder will be accomplished in close cooperation with, and in direct support of, the Senior Associate Athletic Director – Corporate Sales.

    B. USNA and U.S. Naval Academy Foundation Development

    Continuing to build upon the unprecedented fundraising success of the "Leaders to Serve the Nation" campaign, it is intended that Thompson will assist the Naval Academy Foundation in developing concepts/proposals/presentations for use by the Foundation in its development and fundraising pursuits. This work may cover virtually any area of potential funding interest at USNA.

2

It is chiefly envisioned, however, that Thompson would assist in the strategic direction, design and creative development of specific proposals and presentations intended to attract <u>Major Individual or Corporate Funding</u> for high-priority, high-impact programs/projects within USNA. And again, Thompson is both prepared and eager to actively participate in the actual presentation of the proposals offered for funding.

Another prime area in which Thompson's professional perspective may prove especially valuable involves developing initiatives to markedly increase gifts of highly desirable and much-needed <u>Unrestricted Funding</u> which the Superintendent may use at his discretion to the benefit of the Brigade.

Thompson is also prepared to work with the Foundation and NAAA/USNA personnel to craft/refine a comprehensive donor stewardship program to ensure enhanced recognition, communication and engagement with donors.

In sum, it is anticipated that the services noted under this subsection may be particularly welcome or beneficial today – a period when the Foundation finds itself replacing key staff and undergoing considerable restructuring in its own right.

C. <u>Sponsorship Policy</u>

The parties recognize that Thompson has previously drafted a very basic and straight forward USNA sponsorship policy. This policy defines that which sponsorships are and are not, with particular care to differentiate between "gifts" and "sponsorships". Said policy may be expanded in the future to address the goals and objectives of the various sponsorship programs, to list specific factors to consider when assessing a potential sponsorship opportunity, and to establish a clear statement of those conditions which must be met by the USNA family (including the NAAA, Midshipmen Welfare Fund, Non-Appropriated Fund Programs, Naval Academy Alumni Association and Foundation, etc.) before entering into sponsorships.

D. <u>USNA Admissions – Recruiting and Marketing</u>

Thompson will assist in the strategic design and creative development of marketing communications programs and materials intended to ensure the widest reach among all prospective and qualified candidates – and thereby to motivate increased numbers of candidates to seriously inquire, consider and seek admission to the Academy.

In this important regard, Thompson will continue to work closely with the Director, Strategic Outreach. As the composition of this office continues to evolve, Thompson will provide ongoing marketing counsel and support. Further, he will seek out and identify opportunities/programs that can extend USNA's

3

reach among all segments of the target audience for USNA Admissions – and to propose appropriate outside partners to help activate/fund such activities.

E. <u>Innovative Creative Concepts</u>

With an eye on the larger picture, Thompson will utilize his marketing and operational skills to help create and develop the next 'Big Ideas' to further assure and strengthen USNA's position among the world's top few institutions of leadership and learning.

Dependent upon the area/department involved, this component of service may take the form of Thompson initiating a concept from scratch – or simply assisting on an idea/project already in development to ensure maximum impact and benefit to the USNA family.

The 'Primary Areas of Focus' cited in the preceding paragraphs are not intended to represent a complete list of potential projects or duties, but rather to reflect the broad range of disciplines in which Thompson's marketing services may be applied hereunder. More specifically, the overarching spirit and purpose of this Agreement is that Thompson will be available to work on any marketing-related assignment for which USNA sees a need, subject only to reasonable load/scope of work. Whatever the specific assignment or the department involved, however, it is agreed that he will work closely with the appropriate and designated individuals involved to achieve optimum results.

With this objective in mind, and to further ensure best use of Thompson's services hereunder, it is agreed that the assignment and prioritization of all of Thompson's work will be by the Chairman of the NAAA Finance and Compensation Oversight Committee / USNA Deputy for Finance.

V. <u>COMPENSATION</u>

In consideration of the services to be provided by Thompson, as described herein, it is agreed that NAAA/USNA will pay Thompson a monthly retainer in the amount of $17, 500.00 throughout the term of this Agreement. It is further agreed that Thompson will submit an invoice to NAAA upon the conclusion of each month hereunder, and that NAAA/USNA will effect payment of same as soon as practical thereafter.

At the completion of each contract year, Thompson and the Deputy for Finance shall review the work completed and the impact and accomplishments that work has contributed to the Naval Academy family. Based upon that review, the Deputy for Finance shall determine if a bonus above the retainer is appropriate.

4

VI. EXPENSES

The parties recognize that from time to time Thompson may incur out-of-pocket expenses related to travel/entertainment on behalf of NAAA/USNA, or as related to the production of marketing materials described herein. In such instances, it is agreed that Thompson will obtain prior approval for any such expenses, and that such pre-approved expenses will be reimbursed by NAAA/USNA in a timely manner. Separately, the parties understand that NAAA/USNA has and will contract with outside vendors to produce print or electronic communications materials. And while Thompson will work closely with such vendors/suppliers, as appropriate or requested, it is clear that the funding for such third parties shall be separate from this Agreement.

VIII. RENEWAL / TERMINATION

In anticipation of this continuing to be a mutually beneficial and satisfying relationship, it is intended that the parties shall, at some appropriate point in the third year of this Agreement, discuss any potential or desired extensions thereof.

The foregoing notwithstanding, it is agreed that either party shall have the right to terminate this Agreement for any reason upon one hundred eighty (180) days written notice to the other.

_____ 10/29/2010
Robert D. Thompson / Date

_____ 10/29/2010
R. C. Parsons / Date
Chairman, Finance and Compensation Oversight Committee
USNA Deputy for Finance

5